THOMAS A. NEVINS, Respondent, *v.* AUGUST HECKSCHER et al., Appellants.

*Nevins* v. *Heckscher,* 170 App. Div. 962, affirmed.
(Argued February 14, 1918; decided March 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1915, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was brought for the dissolution and termination of a syndicate and an injunction restraining the defendants from disposing of the property of the syndicate, the appointment of a receiver of such property, and an accounting between the parties in respect of such syndicate. The complaint set forth the agreement between the parties, the facts relating to a subsidiary agreement between the plaintiff and the defendant Furber with respect to the repayment by the latter to the plaintiff of all advances made by the plaintiff in connection with the syndicate for himself and the defendant Furber, the subsequent reimbursement by the defendant Furber of the plaintiff for the advances made

by him on his own behalf and on behalf of Furber in connection with the syndicate, the termination of the undertaking, the receipt by the defendants as compensation for services rendered by the parties in connection with the undertaking of 1,750 shares of the capital stock of the Oil Fields of Mexico Company, the failure of the defendants to deliver to the plaintiff his share of such stock; that there had been no accounting or adjustment of the accounts of the syndicate, nor any distribution of its profits, and that there had been a demand for such accounting and a refusal to account by the defendants before the commencement of the action. The answer in part admitted and in part denied the allegations of the complaint, and plead as separate defenses, *first*, a full settlement and discharge of all claims of the plaintiff against the defendants, and *secondly*, an accord, satisfaction and discharge of such claims.

*Arthur Furber* for appellants.

*Louis Marshall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.